IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

|  |  |  |
|---|---|---|
| BARBARA SUE TABOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | Civil Action No. 5:05-CV-236-C |
| Defendant. | ) | ECF |

## ORDER

Plaintiff is appealing an adverse decision of the Defendant, Jo Anne B. Barnhart,

Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g).  The United States Magistrate

Judge filed her Report and Recommendation on June 13, 2006.  No written objections have been

filed.  It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are

hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and

-numbered cause is hereby reversed and remanded to the Commissioner for further proceedings.

Dated this 12th day of July, 2006.

SAM R. CUMMINGS
UNITED STATES DISTRICT COURT